UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-01800-WWB-LHP

HOWARD COHAN,

    Plaintiff,

vs.

WHOLE FOODS MARKET GROUP, INC.
a Foreign Profit Corporation
d/b/a WHOLE FOODS

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 17, 2024.

                                                              /s/ Gregory S. Sconzo
                                                            **Gregory S. Sconzo, Esq.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

          By: **/s/ Gregory S. Sconzo**
          Gregory S. Sconzo, Esq.
          Florida Bar No.: 0105553
          Sconzo Law Office, P.A.
          3825 PGA Boulevard, Suite 207
          Palm Beach Gardens, FL 33410
          Telephone: (561) 729-0940
          Facsimile: (561) 491-9459
          Email: greg@sconzolawoffice.com
          Email: perri@sconzolawoffice.com
          Attorney for Plaintiff